```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 13973
   MICHAEL T BELL
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-4906

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/03/2007 and was confirmed 10/31/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  25.00%.

     The case was dismissed after confirmation 06/25/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
ILLINOIS TITLE LOANS     SECURED                 .00           .00            .00
IL STATE DISBURSEMENT UN DSO ARREARS             .00           .00            .00
JEFFERSON CAPITAL SYSTEM FILED LATE           184.47           .00            .00
INTERNAL REVENUE SERVICE PRIORITY            2151.00           .00            .00
AAA CREDIT SERVICE INC   UNSECURED              65.17          .00            .00
AFNI INC                 UNSECURED         NOT FILED           .00            .00
AMERICAN COLLECTION      UNSECURED         NOT FILED           .00            .00
CAVALRY PORTFOLIO SERVIC UNSECURED         NOT FILED           .00            .00
CHASE AUTO FINANCE       UNSECURED         NOT FILED           .00            .00
CITY OF CHICAGO PARKING  UNSECURED            6320.00          .00            .00
COLUMBIA HOUSE           UNSECURED         NOT FILED           .00            .00
FIFTH THIRD BANK         UNSECURED         NOT FILED           .00            .00
FRIEDMAN & WEXLER        UNSECURED         NOT FILED           .00            .00
GREENWICH FINANCE        UNSECURED         NOT FILED           .00            .00
HARRIS & HARRIS          UNSECURED         NOT FILED           .00            .00
KEY NOTE CONSULTING      UNSECURED         NOT FILED           .00            .00
LASALLE BANK             UNSECURED         NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED             176.68          .00            .00
RMI/MCSI                 UNSECURED            1100.00          .00            .00
RMI/MCSI                 UNSECURED         NOT FILED           .00            .00
RMI/MCSI                 UNSECURED         NOT FILED           .00            .00
RMI/MCSI                 UNSECURED         NOT FILED           .00            .00
RMI/MCSI                 UNSECURED         NOT FILED           .00            .00
US CELLULAR              UNSECURED         NOT FILED           .00            .00
GREENWICH FINANCE        SECURED NOT I     7800.00             .00            .00
CHASE AUTO FINANCE       SECURED NOT I          .00            .00            .00
JEFFERSON CAPITAL SYSTEM FILED LATE           569.41           .00            .00
KIMBERLY CLENNA          NOTICE ONLY       NOT FILED           .00            .00
INTERNAL REVENUE SERVICE PRIORITY          NOT FILED           .00            .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY         3,334.00                     1,064.94
TOM VAUGHN               TRUSTEE                                             76.36
DEBTOR REFUND            REFUND                                             207.66

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 13973 MICHAEL T BELL
```

```
      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                 1,348.96

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                  1,064.94
TRUSTEE COMPENSATION                                76.36
DEBTOR REFUND                                      207.66
                    ---------------        ---------------
TOTALS                  1,348.96                1,348.96
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 11/19/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE